9/7/2023 EMERGENCY DETERMINATION DENIED FOR INSUFFICIENT GROUNDS. A HEARING ON THIS MOTION WILL BE SET IN THE NORMAL COURSE.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

In re:
NICOLE ANDREA CANIZARES,
Debtor

Chapter 7
Case No. 23-40728

## MOTION OF KRYSTYNA OSOWSKA FOR RELIEF FROM STAY AND REQUEST FOR EMERGENCY AND/OR EXPEDITED HEARING

KRYSTYNA OSOWSKA, through her counsel, hereby moves the Court, pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2), and Massachusetts Local Bankruptcy Rules 4001-1, 9013-1, and 9013-3, for relief from the automatic stay to permit Krystyna Osowska the commencement and/or continuation of an eviction proceeding in a State Court against the Debtor, Nicole Andrea Canizares (the "Debtor") of which an eviction proceeding she was a part of as an occupant of her mother's residence. Her mother, Wanda K. Herrera, is the Debtor in the Chapter 7 Bankruptcy Case #23-40392.

In support of its Motion, Krystyna Osowska (the "Movant") states as follows:

1. On May 17, 2023, the mother of the Debtor, Wanda K. Herrera filed a voluntary petition for relief under Chapter 7 (Case # 23-40392).
2. In Ms. Herrera's bankruptcy case this Court, after Notice and Hearing, granted Movant's Motion for Relief from Stay Re: 14 Pinewood Lane, Worcester MA on July 20, 2023.
3. Following the entry of the Proceeding Memorandum and Order dated July 20, 2023, in Ms. Herrera's Case # 23-40392, Nicole Andrea Canizares filed her Chapter 7 bankruptcy petition, case # 23-40627 on August 1, 2023.
4. On August 4, 2023, the case # 23-40627 was dismissed for failure to timely file matrix.
5. After the dismissal of the bankruptcy case # 23-40627 the movant followed the Housing Court procedure and on September 7, 2023, arranged for physical removal of inhabitants of 14 Pinewood Lane, Worcester MA. Approximately 40 minutes before the arrival of constable and police department to the location the Debtor has filed an instant case #23-40728.
6. Therefore, the instant case is the second Chapter 7 bankruptcy case filed since August 1, 2023,